W. CARY EDWARDS, ATTORNEY GENERAL OF NEW JERSEY
v. SEARS ROEBUCK, INC.

September 6, 1989.

Petition for certification denied.

CEDAR COVE, ETC. v. STATE OF NEW JERSEY,
DEPARTMENT OF ENVIRONMENTAL
PROTECTION v. ALPHONSE STANZIONE.

September 6, 1989.

Petition for certification granted. (See 233 *N.J.Super.* 336).

MARY MASON v. MARCO FERNANDO, M.D., ET AL.

September 6, 1989.

Petition for certification denied.

EARL BURROUGHS v. CITY OF ATLANTIC CITY, ET AL.

September 6, 1989.

Petition for certification denied. (See 234 *N.J.Super.* 208).